# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

RECEIVED
MAR 0 2005
William K. Suter
Clerk of the Court
(202) 479-3011
U.S.C.A. 3rd

March 7, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

04MC74-UNA

Re: James G. Brown, aka Edward X. Williams
v. Thomas L. Carroll, Warden
No. 04-7997
(Your No. 04-1160)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk